

**CITY OF ATLANTA**
**OFFICE OF MUNICIPAL CLERK**

A VANESSA WALDON
INTERIM MUNICIPAL CLERK

55 TRINITY AVENUE, S. W.
SECOND FLOOR EAST
SUITE 2700
ATLANTA, GEORGIA 30303
404-330-6032

**A RESOLUTION**      23-R-4191
**BY PUBLIC SAFETY AND**
**LEGAL ADMINISTRATION COMMITTEE**

**BE IT RESOLVED BY** the Council of the City of Atlanta that action of the Department of Law be approved In authorizing payment to **The Estate of Ricardo Dorado, Jr. and Their Attorneys Banks Weaver, LLC** the sum of **$3,750,000.00** as full and final settlement and satisfaction of all claims, past present and future, of every kind and character for damages alleged to have been sustained as a result of **police incident** on **8/21/2022** at **464 Windsor Street, SW** as is more particularly set forth in the within claim, said sum taken from and charged to **1001/200101/5212005/1512000.**

Exhibit 1  001

Entered – 05/10/23

**23L0132-APD/04-John Woods**

CLAIM OF: The Estate of Ricardo Dorado, Jr. And Their Attorneys
Banks Weaver, LLC
100 Peachtree Street, NW
Suite 260
Atlanta, GA 30303

FOR DAMAGES ALLEGED TO HAVE BEEN SUSTAINED AS A RESULT OF A POLICE INCIDENT ON 8/21/2022 AT 464 WINDSOR STREET, SW. (APD/04-$3,750,000.00) #33588

**BY PUBLIC SAFETY & LEGAL ADMINISTRATION COMMITTEE**

BE IT RESOLVED BY the Council of the City of Atlanta that action of the Department of Law be approved in authorizing payment to The Estate of Ricardo Dorado, Jr. and Their Attorneys Banks Weaver, LLC the sum of $3,750,000.00 as full and final settlement and satisfaction of all claims, past, present and future, of every kind and character, for damages alleged to have been sustained as a result of a police incident on 8/21/2022 at 464 Windsor Street, SW as is more particularly set forth in the within claim; said sum taken from and charged to Account 1001/200101/5212005/1512000.

| 09/25/23 | Public Safety & Legal Administration Committee | FAVORABLE |

| | | |
|---|---|---|
| **RESULT:** | **FAVORABLE [5 TO 0]** | Next: 10/2/2023 1:00 PM |
| **MOVER:** | Dustin Hillis, Chair, District 9 | |
| **SECONDER:** | Mary Norwood, District 8 | |
| **AYES:** | Hillis, Amos, Bond, Norwood, Waites | |
| **AWAY:** | Andrea L. Boone, Antonio Lewis | |

**FOR DAMAGES ALLEGED TO HAVE BEEN SUSTAINED AS A RESULT OF A POLICE INCIDENT ON 8/21/2022 AT 464 WINDSOR STREET, SW. (APD/04-$3,750,000.00) #33588**

CLAIM OF: The Estate of Ricardo Dorado, Jr. And Their Attorneys
Banks Weaver, LLC
100 Peachtree Street, NW
Suite 260
Atlanta, GA 30303

**Workflow List:**

| | | |
|---|---|---|
| Joshua Foster | Completed | 09/15/2023 5:02 PM |
| Office of Research and Policy Analysis | Completed | 09/19/2023 10:50 AM |
| Public Safety & Legal Administration Committee | Completed | 09/25/2023 1:00 PM |
| Atlanta City Council | Completed | 10/02/2023 1:00 PM |
| Atlanta City Council | Completed | 10/02/2023 1:00 PM |

**HISTORY:**

| | | |
|---|---|---|
| 09/25/23 | Public Safety & Legal Administration Committee | FAVORABLE |

| | | |
|---|---|---|
| **RESULT:** | **FAVORABLE [5 TO 0]** | Next: 10/2/2023 1:00 PM |
| **MOVER:** | Dustin Hillis, Chair, District 9 | |
| **SECONDER:** | Mary Norwood, District 8 | |
| **AYES:** | Hillis, Amos, Bond, Norwood, Waites | |
| **AWAY:** | Andrea L. Boone, Antonio Lewis | |

| | | |
|---|---|---|
| 10/02/2023 | Atlanta City Council | ADOPTED |

| | |
|---|---|
| **RESULT:** | **ADOPTED BY CONSENT VOTE [12 TO 0]** |
| **MOVER:** | Alex Wan, Councilmember, District 6 |
| **SECONDER:** | Jason Dozier, Councilmember, District 4 |
| **AYES:** | Bond, Westmoreland, Winston, Farokhi, Amos, Dozier, Wan, Norwood, Hillis, Boone, Overstreet, Lewis |
| **ABSENT:** | Liliana Bakhtiari, Howard Shook |
| **AWAY:** | Keisha Sean Waites |

| Certified by Presiding Officer | Certified by Clerk |
|---|---|
| CERTIFIED<br>10/2/2023<br>ATLANTA CITY COUNCIL PRESIDENT<br>*Doug Shipman* | CERTIFIED<br>10/2/2023<br>MUNICIPAL CLERK<br>*A. Vanessa Waldon* |
| Mayor's Action<br>*See Authentication Page Attachment* ||



**CITY OF ATLANTA**
**OFFICE OF MUNICIPAL CLERK**

A VANESSA WALDON
INTERIM MUNICIPAL CLERK

55 TRINITY AVENUE, S. W.
SECOND FLOOR EAST
SUITE 2700
ATLANTA, GEORGIA 30303
404-330-6032

**A RESOLUTION**  23-R-4191
**BY PUBLIC SAFETY AND**
**LEGAL ADMINISTRATION COMMITTEE**

**BE IT RESOLVED BY** the Council of the City of Atlanta that action of the Department of Law be approved In authorizing payment to **The Estate of Ricardo Dorado, Jr. and Their Attorneys Banks Weaver, LLC** the sum of **$3,750,000.00** as full and final settlement and satisfaction of all claims, past present and future, of every kind and character for damages alleged to have been sustained as a result of **police incident** on **8/21/2022** at **464 Windsor Street, SW** as is more particularly set forth in the within claim, said sum taken from and charged to **1001/200101/5212005/1512000.**

Exhibit 1  005

Entered – 05/10/23

**23L0132-APD/04-John Woods**

CLAIM OF: The Estate of Ricardo Dorado, Jr. And Their Attorneys
Banks Weaver, LLC
100 Peachtree Street, NW
Suite 260
Atlanta, GA 30303

FOR DAMAGES ALLEGED TO HAVE BEEN SUSTAINED AS A RESULT OF A POLICE INCIDENT ON 8/21/2022 AT 464 WINDSOR STREET, SW. (APD/04-$3,750,000.00) #33588

**BY PUBLIC SAFETY & LEGAL ADMINISTRATION COMMITTEE**

BE IT RESOLVED BY the Council of the City of Atlanta that action of the Department of Law be approved in authorizing payment to The Estate of Ricardo Dorado, Jr. and Their Attorneys Banks Weaver, LLC the sum of $3,750,000.00 as full and final settlement and satisfaction of all claims, past, present and future, of every kind and character, for damages alleged to have been sustained as a result of a police incident on 8/21/2022 at 464 Windsor Street, SW as is more particularly set forth in the within claim; said sum taken from and charged to Account 1001/200101/5212005/1512000.

| 09/25/23 | Public Safety & Legal Administration Committee | FAVORABLE |
|---|---|---|

| RESULT: | **FAVORABLE [5 TO 0]** | Next: 10/2/2023 1:00 PM |
|---|---|---|
| MOVER: | Dustin Hillis, Chair, District 9 | |
| SECONDER: | Mary Norwood, District 8 | |
| AYES: | Hillis, Amos, Bond, Norwood, Waites | |
| AWAY: | Andrea L. Boone, Antonio Lewis | |

**FOR DAMAGES ALLEGED TO HAVE BEEN SUSTAINED AS A RESULT OF A POLICE INCIDENT ON 8/21/2022 AT 464 WINDSOR STREET, SW. (APD/04-$3,750,000.00) #33588**

CLAIM OF: The Estate of Ricardo Dorado, Jr. And Their Attorneys
Banks Weaver, LLC
100 Peachtree Street, NW
Suite 260
Atlanta, GA 30303

**Workflow List:**

| | | |
|---|---|---|
| Joshua Foster | Completed | 09/15/2023 5:02 PM |
| Office of Research and Policy Analysis | Completed | 09/19/2023 10:50 AM |
| Public Safety & Legal Administration Committee | Completed | 09/25/2023 1:00 PM |
| Atlanta City Council | Completed | 10/02/2023 1:00 PM |
| Atlanta City Council | Completed | 10/02/2023 1:00 PM |

**HISTORY:**

09/25/23        Public Safety & Legal Administration Committee        FAVORABLE

| | | |
|---|---|---|
| **RESULT:** | **FAVORABLE [5 TO 0]** | Next: 10/2/2023 1:00 PM |
| **MOVER:** | Dustin Hillis, Chair, District 9 | |
| **SECONDER:** | Mary Norwood, District 8 | |
| **AYES:** | Hillis, Amos, Bond, Norwood, Waites | |
| **AWAY:** | Andrea L. Boone, Antonio Lewis | |

10/02/2023        Atlanta City Council        ADOPTED

| | |
|---|---|
| **RESULT:** | **ADOPTED BY CONSENT VOTE [12 TO 0]** |
| **MOVER:** | Alex Wan, Councilmember, District 6 |
| **SECONDER:** | Jason Dozier, Councilmember, District 4 |
| **AYES:** | Bond, Westmoreland, Winston, Farokhi, Amos, Dozier, Wan, Norwood, Hillis, Boone, Overstreet, Lewis |
| **ABSENT:** | Liliana Bakhtiari, Howard Shook |
| **AWAY:** | Keisha Sean Waites |

LEGISLATION HISTORY – BLUE BACK

| Certified by Presiding Officer | Certified by Clerk |
|---|---|
| CERTIFIED<br>10/2/2023<br>ATLANTA CITY COUNCIL PRESIDENT<br>*Doug Shipman* | CERTIFIED<br>10/2/2023<br>MUNICIPAL CLERK<br>*A. Vanessa Waldon* |
| Mayor's Action<br>*See Authentication Page Attachment* ||



**CITY OF ATLANTA**
**OFFICE OF MUNICIPAL CLERK**

A VANESSA WALDON
INTERIM MUNICIPAL CLERK

55 TRINITY AVENUE, S. W.
SECOND FLOOR EAST
SUITE 2700
ATLANTA, GEORGIA 30303
404-330-6032

**A RESOLUTION**            23-R-4191
**BY PUBLIC SAFETY AND**
**LEGAL ADMINISTRATION COMMITTEE**

**BE IT RESOLVED BY** the Council of the City of Atlanta that action of the Department of Law be approved In authorizing payment to **The Estate of Ricardo Dorado, Jr. and Their Attorneys Banks Weaver, LLC** the sum of **$3,750,000.00** as full and final settlement and satisfaction of all claims, past present and future, of every kind and character for damages alleged to have been sustained as a result of **police incident** on **8/21/2022** at **464 Windsor Street, SW** as is more particularly set forth in the within claim, said sum taken from and charged to **1001/200101/5212005/1512000.**

Exhibit 1  009

Entered – 05/10/23

**23L0132-APD/04-John Woods**

CLAIM OF: The Estate of Ricardo Dorado, Jr. And Their Attorneys
Banks Weaver, LLC
100 Peachtree Street, NW
Suite 260
Atlanta, GA 30303

FOR DAMAGES ALLEGED TO HAVE BEEN SUSTAINED AS A RESULT OF A POLICE INCIDENT ON 8/21/2022 AT 464 WINDSOR STREET, SW. (APD/04-$3,750,000.00) #33588

**BY PUBLIC SAFETY & LEGAL ADMINISTRATION COMMITTEE**

BE IT RESOLVED BY the Council of the City of Atlanta that action of the Department of Law be approved in authorizing payment to The Estate of Ricardo Dorado, Jr. and Their Attorneys Banks Weaver, LLC the sum of $3,750,000.00 as full and final settlement and satisfaction of all claims, past, present and future, of every kind and character, for damages alleged to have been sustained as a result of a police incident on 8/21/2022 at 464 Windsor Street, SW as is more particularly set forth in the within claim; said sum taken from and charged to Account 1001/200101/5212005/1512000.

| 09/25/23 | Public Safety & Legal Administration Committee | FAVORABLE |

| | | |
|---|---|---|
| **RESULT:** | **FAVORABLE [5 TO 0]** | Next: 10/2/2023 1:00 PM |
| **MOVER:** | Dustin Hillis, Chair, District 9 | |
| **SECONDER:** | Mary Norwood, District 8 | |
| **AYES:** | Hillis, Amos, Bond, Norwood, Waites | |
| **AWAY:** | Andrea L. Boone, Antonio Lewis | |

Page 1 of 3

**FOR DAMAGES ALLEGED TO HAVE BEEN SUSTAINED AS A RESULT OF A POLICE INCIDENT ON 8/21/2022 AT 464 WINDSOR STREET, SW. (APD/04-$3,750,000.00) #33588**

CLAIM OF: The Estate of Ricardo Dorado, Jr. And Their Attorneys
Banks Weaver, LLC
100 Peachtree Street, NW
Suite 260
Atlanta, GA 30303

**Workflow List:**

| | | |
|---|---|---|
| Joshua Foster | Completed | 09/15/2023 5:02 PM |
| Office of Research and Policy Analysis | Completed | 09/19/2023 10:50 AM |
| Public Safety & Legal Administration Committee | Completed | 09/25/2023 1:00 PM |
| Atlanta City Council | Completed | 10/02/2023 1:00 PM |
| Atlanta City Council | Completed | 10/02/2023 1:00 PM |

**HISTORY:**

| 09/25/23 | Public Safety & Legal Administration Committee | FAVORABLE |
|---|---|---|

| | | |
|---|---|---|
| **RESULT:** | **FAVORABLE [5 TO 0]** | Next: 10/2/2023 1:00 PM |
| **MOVER:** | Dustin Hillis, Chair, District 9 | |
| **SECONDER:** | Mary Norwood, District 8 | |
| **AYES:** | Hillis, Amos, Bond, Norwood, Waites | |
| **AWAY:** | Andrea L. Boone, Antonio Lewis | |

| 10/02/2023 | Atlanta City Council | ADOPTED |
|---|---|---|

| | |
|---|---|
| **RESULT:** | **ADOPTED BY CONSENT VOTE [12 TO 0]** |
| **MOVER:** | Alex Wan, Councilmember, District 6 |
| **SECONDER:** | Jason Dozier, Councilmember, District 4 |
| **AYES:** | Bond, Westmoreland, Winston, Farokhi, Amos, Dozier, Wan, Norwood, Hillis, Boone, Overstreet, Lewis |
| **ABSENT:** | Liliana Bakhtiari, Howard Shook |
| **AWAY:** | Keisha Sean Waites |

| Certified by Presiding Officer | Certified by Clerk |
|---|---|
| CERTIFIED<br>10/2/2023<br>ATLANTA CITY COUNCIL PRESIDENT<br>*Doug Shipman* | CERTIFIED<br>10/2/2023<br>MUNICIPAL CLERK<br>*A. Vanessa Waldon* |
| Mayor's Action<br>*See Authentication Page Attachment* ||

23-R-4191

Page 3 of 3

| File Name | File #: | Outside Counsel Matter #: |
|---|---|---|
| Goldring, Ju'Zema M. aka Julius v. Vladimir Henry | 20LIT00237 | 1:18-cv-01191-WMR |
| Hall, Noel v. COA et al. | 20LIT00344 | 1:18-CV-04710 |
| Phillips (Sparkle Stidwell) v. Yasin Abdulahad | 20LIT00079 | 1:19-cv-00401-MHC |
| Sanders, Matthew v. COA & Che Milton | 20LIT01197 | 2020CV336454 |
| Suttles, Darrius vs. Butler, Restrepo | 20LIT00020 | 1:19-cv-02409 |

Exhibit 1  0013

| File Type: | Law Department Division: | Client Department: |
|---|---|---|
| Civil Rights | Litigation | Atlanta Police Department |
| Bodily Injury | Litigation | Atlanta Police Department |
| Civil Rights | Litigation | Atlanta Police Department |
| Bodily Injury | Litigation | Atlanta Police Department |
| Civil Rights | Litigation | Atlanta Police Department |

**Exhibit 1  0014**

## File Facts

ATTORNEYS: SJM (LEAD); AMN (Fund Allocation reviewed by temp D Hasfal.) Fund Allocation = General. Plaintiff a (Fund Allocation reviewed by temp D Hasfal.) Fund Allocation = General. Plaintiff alleges that former APD Officer C SJM lead. JSF (NOTE: File reviewed by temp D Hasfal) This is a 1983/Wrongful death case involving APD officer YAS Transferred to outside counsel David Ware 5/11/21. SJM (in house monitor) (Fund Allocation already selected.)
 FU (NOTE: File reviewed by temp D Hasfal) OC- David Ware AMN- Managing Attorney Plaintiff Darrius Suttles brought

Exhibit 1  0015

| Status | Close Date | Reason Closed | Custom Window Name | Primary Cause |
| --- | --- | --- | --- | --- |
| Closed | 02/09/2023 | Settlement Reached | Litigation | Civil Rights Violation |
| Closed | 06/09/2022 | Settlement Reached | Litigation | Civil Rights Violation |
| Closed | 07/05/2023 | Settlement Reached | Litigation | Civil Rights Violation |
| Closed | 06/13/2022 | Settlement Reached | Litigation | Civil Rights Violation |
| Closed | 02/07/2022 | Settlement Reached | Litigation | Civil Rights Violation |

Exhibit 1  0016

| Settlement Amount |
| --- |
| $1,375,000.00 |
| $999,000.00 |
| $400,000.00 |
| $100,000.00 |
| $50,000.00 |

Exhibit 1  0017