# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 05 2025

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

CASE NO. 1:22-cv-04417-SDG

MAGGIE THOMAS

   Plaintiff

v.

   JAMES HINES

   Defendant

NOTICE OF APPEAL

This notice is hereby given that MAGGIE THOMAS (plaintiff) in the above-named case, hereby appeals to the United State Court of Appeals for the Eleventh Circuit from the final judgement entered in this action on March 24, 2025.

The appellant contends that the Federal Court erred in its interpretation of this case. There was a clear misrepresentation of the above stated case. The facts weren't presented in a timely manner or sufficiently and I ask the Circuit to reconsider the case.

Dated: May 5, 2025

Respectfully submitted,

Maggie Thomas

323 Sammon Way

Lawrenceville, Ga. 30046.

(404) 632-5532