# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMES HINES,<br><br>　　Counter Claimant,<br><br>　　　　　v.<br><br>MAGGIE THOMAS,<br><br>　　Counter Defendant. | Civil Action No.<br>1:22-cv-04417-SDG |

## NOTICE SETTING HEARING

Notice is hereby given that undersigned will hold a hearing regarding Counter Claimant James Hines's Motion for Default Judgment [ECF 75] on **Wednesday, September 17, 2025, at 10:00 a.m.** in Courtroom 1706, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303. Counter Defendant Maggie Thomas is **ORDERED** to attend this hearing. Failure to do so may result in Counter Claimant Hines's motion being granted and a default judgment for monetary damages being entered against Counter Defendant Thomas.

The Clerk is **DIRECTED** to mail a copy of this Notice to Counter Defendant Thomas's address as listed on the docket.

Entered this <u>14th</u> day of August, 2025.

Steven D. Grimberg  
United States District Judge